_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 13, 2026**

_____
**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13 PROCEEDING:
   JASON MATTHEW ELLINGTON                                 21-50636 KMS
   86 Pleasant Home Rd
   Laurel, MS  39443                                                  SSN:  XXX-XX-1485

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   GEORGIA PACIFIC LLC
   133 PEACHTREE ST NE
   ATLANTA, GA  30303

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011


IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT
DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net