United States Bankruptcy Court
Southern District of Mississippi

In re:                                                              Case No. 21-50636-KMS

Jason Matthew Ellington                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                         Page 1 of 2

Date Rcvd: May 13, 2026                 Form ID: pdf012                      Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

**Recip ID               Recipient Name and Address**
db                   +   Jason Matthew Ellington, 86 Pleasant Home Rd, Laurel, MS 39443-8902

                     +   Georgia Pacific LLC, 133 Peachtree St NE, Atlanta, GA 30303-1821

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

**Name                    Email Address**

David Rawlings
                         ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                         on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Jennifer A Curry Calvillo
                         on behalf of Debtor Jason Matthew Ellington jennifer@therollinsfirm.com
                         jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Kent D. McPhail
                         on behalf of Creditor American Honda Finance Corp bankruptcynotices@mslawyers.law
                         KentMcPhailAssociatesLLC@jubileebk.net

Robert Alan Byrd
                         on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

District/off: 0538-6

User: mssbad

Page 2 of 2

Date Rcvd: May 13, 2026

Form ID: pdf012

Total Noticed: 2

Thomas Carl Rollins, Jr

on behalf of Debtor Jason Matthew Ellington trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 PROCEEDING:
  JASON MATTHEW ELLINGTON                            21-50636 KMS
  86 Pleasant Home Rd
  Laurel, MS  39443                                  SSN:  XXX-XX-1485

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

      GEORGIA PACIFIC LLC
      133 PEACHTREE ST NE
      ATLANTA, GA  30303

was required to pay debtor's earnings or a portion thereof to:

      DAVID RAWLINGS, TRUSTEE
      LOCK P.O. BOX 871
      HATTIESBURG, MS  39403
      (601) 582-5011


IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT
DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

                              ##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net