# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICKE OF MISSISSIPPI

**IN RE:  JASON M ELLINGTON**          **CHAPTER 13 CASE# 21-50636  KMS**

### NOTICE OF WITHDRAWAL OF TRUSTEE'S FINAL REPORT &ACCOUNT

Comes now the Trustee, David Rawlings, and files this notice of withdrawal of the Trustee's Final Report & Account (DK# 48) as it was filed in error on 6/24/26

The Notice, DK# 48, is hereby withdrawn.

RESPECTFULLY SUBMITTED on this the 13th day of July, 2026.

/s/ DAVID RAWLINGS
_____
DAVID RAWLINGS, TRUSTEE
PO BOX 566
HATTIESBURG MS 39403